with him *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth *v.* Walloe, Appellant.

Argued June 12, 1974. *Richard P. Abraham,* for appellant; *Benjamin H. Levintow,* Assistant District Attorney, with him *David Richman, Mark Sendrow,* and *Steven Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Walloe, Appellant.

Argued June 12, 1974. *Richard F. Furia,* for appellant; *Benjamin H. Levintow,* Assistant District Attorney, with him *David Richman, Mark Sendrow,* and *Steven Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.